NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANNY KUYKENDOLL,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No.  2D17-4344
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____ )

Opinion filed May 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Neil A. Roddenbery,
Judge.

Danny Kuykendoll, pro se.

PER CURIAM.

          Affirmed.

CRENSHAW, SLEET, and BADALAMENTI, JJ., Concur.